# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0705.  SHAREET MUSTAFA v. LILLIAN MERRIWEATHER.**

This case originated in magistrate court wherein the trial judge ruled that Shareet Mustafa failed to substantiate his breach of contract claim against Lillian Merriweather.  Mustafa appealed to the state court.  Mustafa filed a motion to strike Merriweather's answer, which the trial court denied.   Mustafa then filed this direct appeal.  We lack jurisdiction.

Because this case remains pending below, Mustafa was required to follow the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Oxmoor Portfolio, LLC v. Flooring & Tile Superstore of Conyers*, 320 Ga. App. 640 (740 SE2d 363) (2013). Mustafa did not comply with those procedures. Absent a certificate of immediate review and application to this Court for interlocutory appeal, we lack jurisdiction to consider Mustafa's appeal, which is hereby DISMISSED.[1]

---

[1] It appears from the trial court's order that Mustafa also sought a certificate of immediate review, but his request was denied.  The trial court's denial of a request for a certificate of immediate review is not an appealable judgment. See *Smith & Wesson Corp. v. City of Atlanta*, 273 Ga. 431, 435 (3) (2001).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 01/07/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*